1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

### JS-6

| | |
|---|---|
| ANGELA CHURCH, on behalf of herself and all others similarly situated, and on behalf of the general public, | CASE NO: ED CV11-0152 CAS (MANx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| COMDATA NETWORK, INC., a Maryland corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

  Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE. Each side to bear its own costs and fees.

  **IT IS SO ORDERED.**

Dated: 8/29/11

_Christine A. Snyder_

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-1-